IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTOPHER WESTON                                                                                      PLAINTIFF

VS.                                         Civil No. 4:13-cv-4105

FACILITY; TONY YOKEN; and
OFFICER DERRICK BUNNS                                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed December 19, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10).  Judge Bryant recommends that the following claims be dismissed without prejudice: all of Plaintiff's official capacity claims against any Defendants; all of Plaintiff's claims against Judge Yoken, X. Bland, X Stone, A. Courtney, D. Muldrew, J. Godbolt, D. Glover, A. Biddle, Sheriff Crane, Chief J.B. Wilson, K. Tomlinson, and X. Coranada; and all of Plaintiff's claims relating to arrests made in May 2002, May 2008, and March 2010.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.  The claims specified above are **DISMISSED WITHOUT PREJUDICE**. This leaves for later resolution Plaintiff's individual capacity claims against Officer Burns for use of excessive force.

**IT IS SO ORDERED**, this 9th day of January, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge