IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTOPHER WESTON                                                                                    PLAINTIFF

v.                                    Civil No. 4:13-cv-04105

OFFICER DERRICK BUNNS                                                                              DEFENDANTS

## WITNESS ORDER

Plaintiff Christopher Weston submitted this *pro se* action for filing on October 31, 2013 ECF No. 1.  This matter is currently set for trial on November 12, 2015.  In response to the Court's October 14, 2015, Order to Show Cause Plaintiff submitted a document regarding trial witnesses, trial exhibits, and other miscellaneous matters for trial.  ECF No. 25.

First, Plaintiff states that he will have no witnesses other than himself at trial. Therefore, the Court will not issue any subpoenas for trial witnesses on behalf of Plaintiff.

Next, Plaintiff requests the Court to subpoena "all complaint and request copy's during my incarceration from Nov 12, 2015 to the time of my release."[1]  Further, Plaintiff requests "a statement from Officer Charles Wise for a complaint form that I sent to the Jail Adm. J. Godbolt, to receive medical attention for my wounds from the taser."

The Court will not issue subpoenas to collect the documentation Plaintiff requests. **Instead, the Court requests Defendant produce, without the necessity of a subpoena, Plaintiff's complete jail file, including medical requests, from the Hempstead County**

---

[1] The Court notes that it is not yet November 12, 2015 and presumes this is a typographical error on Plaintiff's part.

1

**Detention Center.** Defendant may forward this documentation to Plaintiff at his current address of record.

Plaintiff then requests the Court administer a lie detector test to him during his testimony at trial. This is unnecessary. As this is a bench trial, I will make all credibility determinations regarding Plaintiff's testimony.

Finally, Plaintiff requests "for all testimony and statements that are giving by the Defendants to be sub cluded and no statement to be heard by other defendants during the time of questioning." I am unable to interpret this request and therefore deny same.

**IT IS SO ORDERED this 21st day of October 2015**.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE