IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTOPHER WESTON                                                                         PLAINTIFF

v.                            Civil No. 4:13-cv-04105

OFFICER DERRICK BUNNS                                                                  DEFENDANTS

## JUDGMENT

Plaintiff Christopher Weston filed this case *pro se* pursuant to 42 U.S.C. § 1983 on October 31, 2013.  ECF No. 1.  The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 18.

Pursuant to this authority, I held a bench trial on November 12, 2015.  After throughly considering all of the evidence presented and arguments made, I issued findings of fact and conclusions of law from the bench.  In accordance with these findings and conclusions, I dismissed Plaintiff's claims against Derrick Bunns with prejudice.

Accordingly, I now issue this Judgment.  Plaintiff Christopher Weston's claim brought pursuant to 42 U.S.C. § 1983 against Defendant Derrick Bunns is **DISMISSED** with prejudice.

**IT IS SO ORDERED this 18th day of November 2015.**

                                                /s/ Barry A. Bryant
                                                HON. BARRY A. BRYANT
                                                UNITED STATES MAGISTRATE JUDGE